UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**NORMA EGAN**

V.                                    CIVIL ACTION NO. **23-11651-DJC**

**X-MODE SOCIAL, INC.**

**ORDER OF DISMISSAL**

CASPER, D.J.

In accordance with the Memorandum and Order dated May 24, 2024, the Court Orders that Defendant's Motion to Dismiss is Allowed and the above-entitled action be and hereby is DISMISSED.

May 24, 2024                                    /s/ Lisa M. Hourihan
                                                Deputy Clerk